UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-61346-SINGHAL/VALLE

JOSE LUIS TORRES,

    Plaintiff,

v.

BARREIRO'S SERVICE LLC, EL
MAGO'S ROOFING CORP.,
DAYRON BARREIRO,
AND MERLYN SANTOS,

    Defendant.

_____/

## NOTICE OF APPEARANCE AS DEFENSE COUNSEL

Brian H. Pollock, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Defendants, Barreiro's Service LLC, El Mago's Roofing Corp., Dayron Barreiro, and Merlyn Santos, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address/email address.

Dated this 10th day of August 2023.

                                              s/Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq. (174742)
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel: (305) 230-4884
                                              *Counsel for Defendants*