UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-61346-SINGHAL/VALLE

JOSE LUIS TORRES,

    Plaintiff,

v.

BARREIRO'S SERVICE LLC, EL
MAGO'S ROOFING CORP.,
DAYRON BARREIRO,
AND MERLYN SANTOS,

    Defendant.
_____/

## NOTICE OF NONCOMPLIANCE BY PLAINTIFF

    Defendants, Barreiro's Service LLC, El Mago's Roofing Corp., Dayron Barreiro, and Merlyn Santos, notify the Court that Plaintiff, Jose Luis Torres, failed to comply with the Order Requiring Scheduling Report, Statement of Claim and Response, and Referral to Magistrate Judge for Settlement Conference [ECF No. 7], by failing provide (a) a preliminary calculation of the wages claimed, (b) any calculation or estimate of any wages claimed in his retaliation claim, and (c) copies of all documents support his Statement of Claim [ECF No. 10] to the undersigned following his appearance in this case on August 9, 2023.

    Dated this 23rd day of August 2023.

                                                  s/Brian H. Pollock, Esq.
                                                Brian H. Pollock, Esq. (174742)
                                                brian@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel: (305) 230-4884
                                                *Counsel for Defendants*