UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-61346-SINGHAL/VALLE

JOSE LUIS TORRES,

    Plaintiff,

vs.

BARREIRO'S SERVICE LLC, EL
MAGO'S ROOFING CORP.,
DAYRON BARREIRO AND
MERLYN SANTOS,

    Defendant.
_____/

## NOTICE OF DISSOCIATION AS COUNSEL FOR DEFENDANT

Brian H. Pollock, Esq., of the FairLaw Firm, notifies the Court and all parties that Toussaint Cummings, Inc., has dissociated himself from the firm and is no longer of record for Defendants Dayron Barreiro, and Merlyn Santos, in this action.

Dated this 24th day of August 2023.

                                                s/Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq.
                                              Fla. Bar No. 174742
                                              brian@fairlawattorney.com
                                              **FAIRLAW FIRM**
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884
                                              *Counsel for Defendants*