**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

Case No.   0:23-cv-61346-AHS

JOSE LUIS TORRES,

    Plaintiff,
vs.

BARREIRO'S SERVICE LLC,
EL MAGO'S ROOFING CORP.,
DAYRON BARREIRO
and MERLYN SANTOS

    Defendants.
_____/

## JOINT SCHEDULE

THIS MATTER is set for trial for the week of August 12, 2024.  The Parties propose to adhere to the following schedule:

| DEADLINE OR DATE | ACTION OR EVENT |
|---|---|
| November 17, 2023 | All motions for joinder of parties or to amend pleadings shall be filed. |
| January 19, 2024 | The Parties shall each furnish opposing counsel a written list containing the names and addresses of all fact witnesses who may be called at trial.  Only those witnesses named on this list shall be permitted to testify at trial. |
| March 8, 2024 | All **fact and expert** discovery must be completed.  The Parties shall be under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| February 16, 2024 | Plaintiff(s) must provide Defendant(s) an expert witness list accompanied by the reports or |

|  |  |
|---|---|
|  | summaries required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports or summaries have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Plaintiff(s) shall make the expert witnesses available for deposition by Defendant(s). |
| ___April 5, 2024___ | All dispositive, pre-trial motions and memoranda must be filed, as well as any motions to exclude or to limit proposed expert testimony. |
| __April 5, 2024__ | Mediation shall be completed. |
| _May 17, 2024__ | Proposed date before which all motions in limine must be filed. |
| __July 26, 2024__ | Proposed date for joint pre-trial stipulation pursuant to Local Rule 16.1(e) |
| ___August 7, 2024___ | Proposed date for pre-trial conference. |
| __August 12, 2024____ | Proposed date for trial. |

| **ADDITIONAL DEADLINES OR DATES** | **ACTION OR EVENT** |
|---|---|
| **N/A** |  |

| | |
|---|---|
| By: /s/ Elvis J. Adan | By: */s/* Brian Pollock, Esq. |
| Elvis J. Adan, Esq. | Brian H. Pollock. (174742) |
| Fla. Bar No.: 24223 | brian@fairlawattorney.com |
| GALLARDO LAW OFFICE, P.A. | FAIRLAW FIRM |
| 8492 SW 8th Street | 135 San Lorenzo Avenue |
| Miami, Florida 33144 | Suite 770 |
| Telephone: (305) 261-7000 | Coral Gables, FL 33146 |
| Email: elvis.adan@gallardolawyers.com | Tel:    305.230.4884 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day of August 29, 2023, a true and correct copy of the foregoing was filed with the Clerk of Southern District of Florida by using via CM/ECF, which will send an automatic e-mail message to all parties registered with the e-Filing Portal system.

/s/ Elvis J. Adan

Elvis J. Adan, Esq.

Fla. Bar No.: 24223