UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-CV-61346

JOSE LUIS TORRES,

    Plaintiff,

vs.

BARREIRO'S SERVICE LLC, EL MAGO'S ROOFING CORP., DAYRON BARREIRO AND MERLYN SANTOS,

    Defendants.
_____/

### NOTICE OF CHANGE OF ADDRESS OF FORMER COUNSEL

Pursuant to SDFL LR 11.1(g), Toussaint Cummings, who formerly represented the Defendants in this case, notifies this Honorable Court of his change of address and phone number as follows:

<u>Mailing address</u>: Equal Employment Opportunity Commission, 100 SE 2nd St., Suite 1500, Miami, FL 33131

<u>Email</u>: toussaint.cummings@eeoc.gov

<u>Phone Number</u>: (786) 648-5795

Dated September 25, 2023.

Respectfully Submitted,

*s/ Toussaint Cummings*
Toussaint Cummings
Trial Attorney
Florida Bar No: 119877
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Miami District Office
100 S.E. 2nd Street, Ste 1500
Miami, FL 33131
T: (786) 648-5795
toussaint.cummings@eeoc.gov