UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-CV-61346

JOSE LUIS TORRES,

    Plaintiff,

vs.

BARREIRO'S SERVICE LLC, EL
MAGO'S ROOFING CORP.,
DAYRON BARREIRO AND
MERLYN SANTOS,

    Defendants.

_____/

## MOTION TO WITHDRAW ATTORNEY

Pursuant to SDFL LR 11.1(d)(3), Toussaint Cummings, who formerly represented the Defendants in this case, moves to withdraw from this case, and notifies the court that the Defendants continue to be represented by counsel at FairLaw Firm, 135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146.

Dated September 26, 2023.

                                                                       Respectfully Submitted,

                                                                       *s/ Toussaint Cummings*
                                                                       Toussaint Cummings
                                                                       Trial Attorney
                                                                       Florida Bar No: 119877
                                                                       U.S. EQUAL EMPLOYMENT
                                                                       OPPORTUNITY COMMISSION
                                                                       Miami District Office
                                                                       100 S.E. 2nd Street, Ste 1500
                                                                       Miami, FL 33131
                                                                       T: (786) 648-5795
                                                                       toussaint.cummings@eeoc.gov