UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 23-cv-61346-CIV-SINGHAL/VALLE

JOSE LUIS TORRES,

    Plaintiff,

vs.

BARREIRO'S SERVICE, LLC.,
EL MAGO'S ROOFING CORP.,
DAYRON BARREIRO
and MERLYN SANTOS,

    Defendants.
_____/

## NOTICE OF SCHEDULING MEDIATION

**PLEASE TAKE NOTICE** that on **Wednesday, November 15, 2023, at 10:00 a.m.**, will be a mediation conference with Mediator Paul F. Penichet who will be conducting the mediation through ZOOM video/teleconference.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF, this 26th day of September 2023.

    Respectfully submitted,

    GALLARDO LAW OFFICE P.A.
    8492 SW 8th ST
    Miami, FL 33144
    Tel: (305) 261-7000
    Fax: (786) 527-3242
    By:/s/ Elvis J. Adan
    Elvis J. Adan, Esq.
    Bar No:24223
    elvis.adan@gallardolawyers.com