UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 23-cv-61346-CIV-SINGHAL/VALLE

JOSE LUIS TORRES,

    Plaintiff,

vs.

BARREIRO'S SERVICE, LLC.,
EL MAGO'S ROOFING CORP.,
DAYRON BARREIRO
and MERLYN SANTOS,

    Defendants.
_____/

**PROPOSED ORDER SCHEDULING MEDIATION**

    The Mediation conference in this matter shall be held with PAUL F. PENICHET on November 15, 2023, at  10:00  (am/pm) Via ZOOM.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____, 2023.

_____
RAAG SINGHAL
U.S. District Judge