UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61346-CIV-SINGHAL

JOSE LUIS TORRES,

    Plaintiff,
vs.

BARREIRO'S SERVICE LLC,
EL MAGO'S ROOFING CORP.,
DAYRON BARREIRO AND
MERLYN SANTOS,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Motion to Withdraw as Counsel (the "Motion") (DE [18]), filed by Toussaint Cummings, counsel for Defendants. The Court having considered the Motion and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [18]) is **GRANTED**. Mr. Cummings is relieved of all further responsibilities related to Defendants in these proceedings. Defendants will continue to be represented in the above styled action by the FairLaw Firm through attorney Brian Howard Pollock.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 27th day of September 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF