UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61346-SINGHAL/VALLE

JOSE LUIS TORRES,

    Plaintiff,

v.

BARREIRO'S SERVICE LLC, *et al.,*

    Defendants.
_____/

### ORDER SETTING SETTLEMENT CONFERENCE IN FLSA CASE

THIS CAUSE is before the Court upon United States District Judge Raag Singhal's Order referring the case to the undersigned for a Settlement Conference. *See* (ECF No. 7).

Accordingly, a Settlement Conference will be held on **Tuesday, November 28, 2023 at 2:00 p.m.** The Settlement Conference will be conducted telephonically on Zoom. Accordingly, shortly before the Settlement Conference, all parties must call (646) 828-7666 and, when prompted, enter Meeting ID 160 094 5762 and Passcode 1234. **ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS MUST PARTICIPATE WITH FULL AUTHORITY TO SETTLE THIS ACTION.** All attendees should allocate a minimum of two hours for the Settlement Conference.

By **Tuesday, November 21, 2023**, each party must email (not file) a Confidential Settlement Conference Statement to Judge Valle at valle@flsd.uscourts.gov. Each Statement must not exceed five double-spaced pages. Plaintiff's Confidential Settlement Statement must also specify counsel's hours, billing rate(s), total attorney's fees, and costs incurred through the date of the submission, including billing records to support the fees and costs incurred.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on November 7, 2023.

*[signature]*
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Raag Singhal
All Counsel of Record