UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-CIV-61346-SINGHAL

JOSE LUIS TORRES,

    Plaintiff,

v.

BARREIRO'S SERVICE LLC,
EL MAGO'S ROOFING CORP.
DAYRON VARREIRO VALDES, and
MERLYN SANTOS,

    Defendants.
_____/

## **MEDIATOR'S REPORT**

Paul F. Penichet, the undersigned mediator, hereby reports that a mediation in this action was held on November 15, 2023, at 10:00 a.m. via videoconference.

All required parties were present and participated in the mediation conference. The case was <u>settled in full</u>.

Dated: November 16, 2023

                                      Respectfully submitted,

                                      *s/ Paul F. Penichet*
                                      Mediator Paul F. Penichet
                                      Florida Bar No. 0899380
                                      Email: *paul.penichet@jacksonlewis.com*
                                      JACKSON LEWIS P.C.
                                      One Biscayne Tower, Suite 3500
                                      2 South Biscayne Boulevard
                                      Miami, Florida 33131
                                      Telephone: (305) 577-7600

CASE NO. 23-CIV-61346-SINGHAL

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Paul F. Penichet*
Paul F. Penichet, Esq.

## **SERVICE LIST**

| | |
|---|---|
| Elvis J. Adan, Esq. | Luna Alvey, Esq. |
| GALLARDO LAW OFFICE, P.A. | FAIR LAW FIRM |
| 8492 SW 8th Street | 135 San Lorenzo Avenue, Suite 770 |
| Miami, Florida 33144 | Coral Gables, Florida 33146 |
| Tel. 305-261-7000 | Tel. 305-230-4884 |
| Email: *elvis.adan@gallardolawyers.com* | Email: *luna@fairlawattorney.com* |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |