UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-61346-SINGHAL/VALLE

JOSE LUIS TORRES,

    Plaintiff,

v.

BARREIRO'S SERVICE LLC, EL
MAGO'S ROOFING CORP., DAYRON
BARREIRO, AND MERLYN SANTOS,

    Defendants.
_____/

## **JOINT CONSENT TO U.S. MAGISTRATE JUDGE JURISDICTION**

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties voluntarily waive their right to proceed before a District Judge of this Court and consent to have the United States Magistrate Judge currently assigned to these proceedings (Magistrate Judge Alicia O. Valle) conduct all further proceedings in this case, including the trial and order the entry of a final judgment. The parties do not consent to reassignment to any other or successor Magistrate Judge.

Dated this 16th day of November 2023.

| | |
|---|---|
| s/Elvis J. Adan, Esq. | s/Brian H. Pollock, Esq. |
| Elvis J. Adan, Esq. (24223) | Brian H. Pollock, Esq. (174742) |
| elvis.adan@gallardolawyers.com | brian@fairlawattorney.com |
| GALLARDO LAW OFFICE | FAIRLAW FIRM |
| 8492 S.W. 8th Street | 135 San Lorenzo Avenue |
| Miami, FL 33144 | Suite 770 |
| Tel: 305.261.7000 | Coral Gables, FL 33146 |
| *Counsel for Plaintiff* | Tel:   305.230.4884 |
| | *Counsel for Defendants* |