UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61346-SINGHAL/VALLE

JOSE LUIS TORRES,

    Plaintiff,

vs.

BARREIRO'S SERVICE LLC,
EL MAGO'S ROOFING CORP.
DAYRON VARREIRO VALDES, and
MERLYN SANTOS,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Mediator's Report (DE [27]) which stated that the case was settled in full, and the parties' Joint Consent to U.S. Magistrate Judge Jurisdiction (DE [28]), both filed November 16, 2023.  The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal by **December 18, 2023**. In the event the parties fail to complete the expected settlement, either party may request the Court to reopen the case.  Furthermore, the Court retains jurisdiction over the case until the settlement is consummated.  The Clerk of Court shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT** and all deadlines and hearings are **CANCELLED**.

It is **FURTHER ORDERED AND ADJUDGED** that this case is **REFERRED** to United States Magistrate Judge Alicia Valle to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. section 636(c) and Federal Rule of Civil

Procedure 73. All papers filed in this matter shall bear the caption **CASE NO. 23-61346-CIV-VALLE.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of November 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF